UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge: LINARES                           Date:   01/29/2015
Court Reporter:                          MDL: 2577
                                         Docket No.: 15-018 (JLL)

Title of the Case:

| In Re: Elk Cross Timbers Decking Marketing, Sales Practices & Products Liability Litigation |
| Thomas McGovern, *et al* <br><br> v. <br><br> Building Materials Corporation of America d/b/a GAF Materials Corporation |

**Appearances:** Status Conference

Attorneys for Plaintiffs:
James Cecchi, Dan Bryson, Jack Landskroner, Ben Johns, Joe Kennedy, Frank Petosa & Peter Albanis

Attorneys for Defendant:
Ronald J. Levine, Andy Rossman & Douglas Fleming

Nature of Proceedings:

Status Conference held.

                                         Lissette Rodriguez, Courtroom Deputy
                                         to the Honorable Jose L. Linares, U.S.D.J.

Time Commenced:    3:30 p.m.
Time Concluded:    3:45 p.m.