UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: ELK CROSS TIMBERS DECKING MARKTING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Civil Action No. 15-00018 (JLL) (JAD) MDL No. 2577 <br><br> JURY TRIAL DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiffs, John and Cynthia Bender, by and through Plaintiffs' Lead Counsel, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), hereby gives notice of voluntarily dismissing solely their claims in the above captioned action with prejudice.

Respectfully submitted,

Dated: September 14, 2015

/Daniel K. Bryson/
Daniel K. Bryson
Whitfield Bryson & Mason LLP
900 W. Morgan St.
Raleigh, NC, 27603
Tel: 919-600-5003
Fax: 919-600-5035
dan@wbmllp.com
*Lead Counsel MDL 2577*

/Frank Petosa/
Morgan & Morgan Complex Litigation Group
600 N. Pine Island Rd.
Suite 400
Plantation, FL 33324
FPetosa@forthepeople.com
*Member Plaintiffs Steering Committee*

SO ORDERED: [signature]
DATED: 9/15/2015